UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 03-257** |
| **MICHAEL HARRIS** | **SECTION "K"** |

## ORDER

Defendant Michael Harris has filed a Motion to Reconsider (Rec. Doc. 1323) pertaining to this Court's denial of his motion for reduction of sentence for a crack cocaine offense. This Court has reviewed Defendant's motion and the prior denial of his motion, and it finds Defendant's motion to be without merit. The prior denial was based on the fact that the Defendant had been sentenced to a stipulated Rule 11(c)(1)(C) sentence of 120 months. Regardless of the Rule 11(c)(1)(C) agreement, Defendant's new Guidelines range would be 121-151 months. Therefore, Defendant is already receiving a sentence lower than his amended Guidelines range. In light of the foregoing, accordingly,

**IT IS ORDERED** that Defendant's Motion to Reconsider (Rec. Doc. 1323) is **DENIED**.

New Orleans, Louisiana this 16th day of December, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE